# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-3156
_____

KARISSA SENOPOULOS,

  Appellant,

  v.

HARRY C. SENOPOULOS, II, In Re:
Estate of Harry Alexander
Senopoulos, III Deceased,

  Appellee.

_____

On appeal from the Circuit Court for Santa Rosa County.
Ross M. Goodman, Judge.

October 23, 2019

PER CURIAM.

  AFFIRMED.

WOLF, ROWE, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

J. Mark Fisher and Bentley Mitchell Fisher of Law Office of J. Mark Fisher, Pensacola, for Appellant.

James R. Green, Jr. and Robert J. Powell of Clark Partington, Pensacola, for Appellee.